

**FILED**

MAR 1 6 2017

Clerk, U.S. District Court
District Of Montana
Missoula

# *United States District Court*
## *for the*
# *District of Montana*

### Report on Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| *Joseph Brent Loftis* | *March 15, 2017* |
| Name of Judicial Officer | *Case Number* |
| The Honorable Jeremiah C. Lynch, U.S. Magistrate Judge | *CR-15-BU-DLC* |
| Original Offense | *Date Supervision Commenced* |
| *Wire Fraud, Money Laundering* | *February 24, 2015* |

**Bond Conditions Imposed:**

(1)[a] Defendant must submit to supervision by, and report to, the Pretrial Services Officer, no later than immediately following today's court proceedings and thereafter at such times and in such manner as designated by the Officer.

(2)[d] Defendant must surrender to the Pretrial Services Officer any passport or other international travel document.

(3)[e] Defendant must not obtain a passport or other international travel document.

(4)[f] Except upon prior approval by the Pretrial Services Officer, the Defendant's travel is restricted to the District of Montana or Eastern District of California.

(5)[g] Defendant must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.

(6)[k] Defendant must not possess a firearm, destructive device, or other weapon.

(7)[l] Defendant must not ( ) use alcohol or (X) not use alcohol to excess.  *.08 BAC ↑*

(8)(h) maintain contact with your attorney

(9)The defendant shall provide the United States Probation Office with any requested financial information and shall incur no new lines of credit without prior permission from the pretrial officer.

(10)The Defendant shall  not travel outside the United States without prior permission from the Court.

(11)The Defendant shall  maintain residence and do not change without prior permission from the pretrial officer.

## PETITIONING THE COURT:

☒   To modify the conditions of supervision

IMPOSE:

Defendant shall not engage in financial transactions over the amount of $500 without prior approval from his probation/pretrial officer.

CAUSE:

The defendant is under investigation or Fraud Use/Possession of Identifying Information in Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed:                                                     Respectfully submitted,

by                                                       by

Joesph McElroy                                           Evin Hansen
Supervising U. S. Probation Officer                      U. S. Probation Officer

3/15/2017

Date                                                     Date

## THE COURT ORDERS:

========================================================================

\_ No Action

\_ The Extension of Supervision as Noted Above.

✓ The Modification of Conditions as Noted Above.

\_ Other

Honorable Jeremiah C. Lynch

3/14/17
Date