IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH BRENT LOFTIS,<br><br>Defendant. | CR 15-11-BU-DLC<br><br>ORDER |

Before the Court is the Joint Motion to Extend Disclosure Deadlines filed by the United States and Defendant Joseph Brent Loftis. (Doc. 112.) The parties having agreed to extend their respective deadlines,

IT IS ORDERED that the United States shall produce its final witness list, including expert witnesses and trial exhibits, by February 2, 2018.

IT IS FURTHER ORDERED that Defendant shall produce his final expert witness list, including their reports, by February 16, 2018.

Dated this 8th day of November, 2017.

Dana L. Christensen, Chief Judge
United States District Court