IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH BRENT LOFTIS,<br><br>Defendant. | CR 15–11–BU–DLC<br><br>ORDER |

Before the Court is the Second Joint Motion to Extend Disclosure Deadlines (Doc. 122). The parties jointly request the Court to extend the disclosure deadlines for expert witness reports applicable to both parties as well as the final exhibit and witness list deadline applicable to the United States. (Doc. 122 at 2.) The parties having agreed to extend their respective deadlines,

IT IS ORDERED that the Second Joint Motion to Extend Disclosure Deadlines (Doc. 122) is GRANTED.

IT IS FURTHER ORDERED that the United States shall produce its final witness list, including expert witnesses and trial exhibits, by February 16, 2018.

IT IS FURTHER ORDERED that Defendant shall produce his final expert witness list, including their reports, by March 2, 2018.

-1-

Dated this 25th day of January, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court