IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| UNITED STATES OF AMERICA, | CR 15–11–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSEPH BRENT LOFTIS, | |
| Defendant. | |

The United States having filed an Unopposed Motion for Leave to Permit Video Testimony (Doc. 148),

IT IS ORDERED that the Motion (Doc. 148) is GRANTED. The Admissions Office Custodians of Records for both Oklahoma University and Texas Christian University may testify via video during Defendant's jury trial scheduled to begin on March 19, 2018.

DATED this 27th day of February, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-