

FILED

MAR 21 2018

Clerk, U.S District Court
District Of Montana
Butte

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 15-11-BU-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSEPH BRENT LOFTIS, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 21st day of March, 2018.

Dana L. Christensen, Chief District Judge
United States District Court