IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED

APR 1 2 2018

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–11–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOSEPH BRENT LOFTIS, | |
| Defendant. | |

Defendant Joseph Brent Loftis having filed an Unopposed Motion for Expedited Transcript (Doc. 208),

IT IS ORDERED that Defendant's Unopposed Motion for Expedited Transcript (Doc. 208) is GRANTED and the March 27, 2018 trial testimony transcript in the above-referenced matter of Tydus Richards shall be provided on an expedited basis on or before May 7, 2018.

DATED this 12th day of April, 2018.

Dana L. Christensen, Chief Judge
United States District Court