IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| UNITED STATES OF AMERICA, | CR 15-11-BU-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSEPH BRENT LOFTIS, | |
| Defendant. | |

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting all jurors' personal privacy,

IT IS ORDERED that the name of any juror shall be redacted from the applicable portions of the trial transcript in this matter.

DATED this 18th day of September, 2018.

Dana L. Christensen, Chief Judge
United States District Court