IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOSEPH BRENT LOFTIS, Defendant. | CR 15–11–BU–DLC<br><br>ORDER |

The United States having filed an Unopposed Motion for Partial Unsealing of Restitution Schedule and Partial Sealing of Document 193-1, (Doc. 282), and good cause appearing,

IT IS ORDERED that the Motion (Doc. 282) is GRANTED and the Clerk of Court is directed to:

1. Seal Document 193-1 and file Document 282-2 in its stead.

2. Unseal solely the first page of Document 247-1 and attach it as an exhibit to Document 249.

-1-

DATED this 22nd day of October, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court