

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH BRENT LOFTIS,<br><br>Defendant. | Cause No. CR 15-11-BU-DLC<br><br><br>ORDER |

Judgment was entered in this matter on September 27, 2019. Counsel filed a timely notice of appeal on October 11, 2019, and a transcript designation form on November 1, 2019. The appeal is proceeding as usual.

On October 16, 2019, Loftis, acting *pro se*, filed another notice of appeal. He has now submitted *pro se* motions for production of the record, a motion to proceed in forma pauperis, and a motion for the appointment of counsel.

Throughout this action, Loftis has been represented by appointed counsel. He is still represented by appointed counsel. Counsel has obviously been acting diligently on Loftis's behalf. Loftis's *pro se* submissions are not necessary. *See* Fed. R. App. P. 24(a)(3).

1

Accordingly, IT IS ORDERED that the clerk shall discard Loftis's *pro se* motions without filing them. The Court will not entertain any *pro se* motions from Loftis while his appeal remains pending.

DATED this 7th day of November, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court