IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–11–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOSEPH BRENT LOFTIS, | |
| Defendant. | |

Before the Court is Defendant Joseph Brent Loftis' *pro se* motion for sentence modification.  (Doc. 313.)  In November 2019, the Court indicated that it would not entertain any *pro se* motions from Loftis while his appeal remains pending.  (Doc. 312.)  However, in light the urgent relief Loftis seeks, the Court will consider his motion.

Accordingly, IT IS ORDERED the Government shall file a brief responsive to the motion (Doc. 313) on or before April 24, 2020.

DATED this 16th day of April, 2020.

Dana L. Christensen, District Judge
United States District Court

1